# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEODORE J. VAN DE KAMP, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 16-cv-02768 |
| TRANSDERMAL SPECIALTIES, INC., et al. | : | |
| Defendants. | : | |

## ORDER

For the reasons explained in my Memorandum Opinion filed with this Order, it is on this 17th day of December, 2018,

## ORDERED

That Plaintiffs' motion to exclude lay opinion testimony by Bruce Redding is **GRANTED, as to lost future profits.** Any exhibits introduced to support Mr. Redding's lay opinion testimony also are excluded. To the extent Plaintiffs' motion seeks exclusion of other types of lay opinion evidence, it is **DENIED, with leave to renew before trial by motion in limine.**

**IT IS FURTHER ORDERED**, that on or before **December 28, 2018** Mr. Redding will supply an affidavit detailing the evidence, reasoning and conclusion for any lay opinions he intends to proffer at trial in support of his damage theories.

The Clerk will ensure this Order is mailed and emailed to Mr. Redding.

**BY THE COURT:**

 s/Richard A. Lloret
RICHARD A. LLORET
U.S. Magistrate Judge