IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Theodore J. van de Kamp, Patricia van de Kamp, and Richard M. Coan | : Civil Action :<br>: No. 16-2768 |
| Plaintiffs | : |
| vs. | : |
| Transdermal Specialties, Inc., Bruce K. Redding, Jr., Bruce K. Redding, Jr. Intellectual Property Trust, BKR IP Holdco, LLC, and Transdermal Specialties Global, Inc., | : : : |
| Defendants | |

**FINAL JUDGMENT AS TO DEFENDANT BKR IP HOLDCO, LLC**

Defendant BKR IP Holdco, LLC ("Defendant") consents to entry of this Final Judgment, waives findings of fact and conclusions of law; and waives any right to appeal from this Final Judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is liable, jointly and severally with Defendants Transdermal Specialties, Inc., Bruce K. Redding, Jr., Bruce K. Redding, Jr., Intellectual Property Trust, and Transdermal Specialties Global, Inc., ("Defendants") in the amount of $2,525.000.00 pursuant to Plaintiff's Second Amended Complaint in this matter.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

Defendant may transmit payment electronically to Schoenberg Law Office which will provide detailed ACH transfer/Fedwire instructions upon request. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to Schoenberg Law Office, which shall be delivered or mailed to Schoenberg Law Office, Two Bala Plaza, suite 300, Bala Cynwyd, Pennsylvania 19004, and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Transdermal Specialties, Inc. as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to Plaintiff's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

Plaintiffs may enforce the Court's judgment by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. section 1961.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: July 24, 2019

s/Richard A. Lloret
HONORABLE RICHARD A. LLORET
UNITED STATES MAGISTRATE JUDGE